IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-148-FL

| | |
|---|---|
| ACCELERANT SPECIALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | **ENTRY OF DEFAULT** )<br>) |
| JENNIFER REESE, | )<br>) |
| Defendant. | )<br>) |

This matter is before the clerk on the combined motion for entry of default and default judgment [DE-8] filed by plaintiff Accelerant Specialty Insurance Company. Insofar as the motion seeks an entry of default, it is GRANTED.

The record shows that defendant Jennifer Reese was served with a copy of the summons and complaint on March 21, 2024 [DE-3]. On April 14, 2024, defendant filed a motion for extension of time [DE-6]. The undersigned granted the motion [DE-7], allowing defendant up to and including May 10, 2024, to answer or otherwise respond to the complaint. To date, defendant has not answered. The record shows, therefore, that defendant has failed to plead or otherwise defend in this action.

Accordingly, the motion [DE-8] is GRANTED only to the extent that it seeks an entry of default against defendant, and DEFAULT is hereby entered as to defendant Jennifer Reese.

To the extent that the motion seeks default judgment, plaintiff is DIRECTED to file the affidavit required by Local Civil Rule 55.1(b)(1) within 7 days of the filing date of this order.

SO ORDERED. This the 8 day of July, 2024.

Peter A. Moore, Jr.
Clerk of Court