UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
IN ADMIRALTY

| | |
|---|---|
| Accelerant Specialty Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Jennifer Reese,<br><br>Defendant. | Civil Action No.: 5:24-cv-00148-FL<br><br>**ORDER FOR ENTRY OF<br>DEFAULT JUDGMENT**<br>*Fed. R. Civ. P.* **55(b)(2)** |

This matter having come before the Court on Plaintiff's Motion for Entry of Default and Default Judgment (ECF 8), and for the reasons set forth in Plaintiff's Memorandum in Support of the Motion filed contemporaneously therewith (ECF 9), the Court GRANTS the Motion and hereby enters DEFAULT JUDGMENT against the Defendant Jennifer Reese and hereby DECLARES that the Private and Pleasure Yacht Insuring Agreement, Declaration No. CSRYP/223728 (the "Policy") issued by the Plaintiff to the Defendant for the motor vessel *Annabelle*, a 1999 Ferretti 57 outfitted with twin Volvo 375-hp diesel engines and bearing hull identification number XFA57F471900 (the "Vessel") is void *ab initio* and that there is no coverage for any loss sustained by the Vessel in the past, present, or future.

Entered this the 8th day of August, 2024

_____
LOUISE W. FLANAGAN
United States District Judge